Austin Chidi NWAKUDU–
NWOSU Appellant,

v.

JENKINS, Lieutenant; Dragula, Correctional Officer; Pissot, Correctional Officer; Zimmerman, Correctional Officer; John Doe, Correction Officer; James Roe; Frank Loe; Andrea Bordman; Phillip A. Harden; John M. Hurley, Each and Every Defendant is Liable in their Official Capacity, and Under their Personal Capacity Acting Under Color of the Law.

No. 98–5005.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Third Circuit
LAR 34.1(a) Jan. 24, 2002.

Decided Feb. 7, 2002.

Before NYGAARD, and STAPLETON, Circuit Judges, and SLEET, District Judge.*

*MEMORANDUM OPINION
OF THE COURT*

STAPLETON, Circuit Judge.

This appeal raises the following issues:

1. Whether the District Court erred in concluding that a Section 1983 action based upon use of excessive force in violation of the Eighth Amendment is a claim "with respect to prison conditions" which requires the exhaustion of remedies under Section 1997e(a).

2. Whether the District Court erred in concluding that the administrative remedies "available" to appellant had to be exhausted prior to filing suit, despite the fact that the remedies that were available did not provide for the relief appellant sought.

We resolved both of these issues against the appellant's position in *Booth v. Churner*, 206 F.3d 289 (3d Cir.2000). Our resolution of the second of these issues in *Booth* was affirmed by the Supreme Court. 532 U.S. 731, 121 S.Ct. 1819, 149 L.Ed.2d 958 (May 29, 2001).

The judgment of the District Court will be affirmed.